UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary Elizabeth Thoreson,

    Plaintiff,

v.                                                   Civil No. 11-2910 (JNE/SER)
                                                 ORDER

Carolyn W. Colvin, Acting Commissioner
of Social Security,[1]

    Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Steven E. Rau, United States Magistrate Judge, on January 29, 2013. The magistrate judge recommended denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment. No objections have been filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 15].

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

    1.    Plaintiff's Motion for Summary Judgment [Docket No. 7] is DENIED.

    2.    Defendant's Motion for Summary Judgment [Docket No. 13] is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 7, 2013

                                                                          s/Joan N. Ericksen
                                                                          JOAN N. ERICKSEN
                                                                          United States District Judge

---

[1]     The named Defendant in this suit was originally Michael J. Astrue. On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security, and has been substituted as the named defendant in this case.